IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JUDY A. ALLEN,                  )
                                )
          Plaintiff,            )
                                )
     v.                         )     1:20CV1150
                                )
3M COMPANY,                     )
et al.,                         )
                                )
          Defendants.           )
```

**ORDER**

On February 16, 2022, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 81, 82.) No objections were filed within the time limits prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Amend Complaint, (Doc. 79), is **DENIED WITHOUT PREJUDICE.**

This the 8th day of April, 2022.

/s/ William L. Osteen, Jr.
United States District Judge